**Motion Granted and Abatement Order filed June 10, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00278-CR
_____

## EX PARTE MARY FRANCES WHITE

**On Appeal from the 149th District Court
Brazoria County, Texas
Trial Court Cause No. 75377-1**

## ABATEMENT ORDER

Appellant timely appealed from the denial of her application for writ of habeas corpus. *See* Tex. Code Crim. Proc. Ann. art. 11.072 § 8. On April 25, 2016, the trial court clerk filed the clerk's record, which contain a certification of appellant's right to appeal signed by appellant and her lawyer but not by the trial court. See Tex. R. App. P. 25.2(a)(2), 34.5(a)(12). On April 27, 2016, this court notified the trial court of the defect and requested the trial court to review the clerk's record, correct the certification of the defendant's right of appeal, request the district clerk to prepare and certify a supplemental clerk's record containing the corrected certification, and file the supplemental clerk's record with this court within 30 days. *See* Tex. R. App.

P. 37.1; *Cortez v. State*, 420 S.W.3d 803, 806 (Tex. Crim. App. 2013) (when a certification is defective, appellate clerk should notify trial clerk of defect and direct him to file a corrected certification).

The district clerk filed a supplemental clerk's record on May 25, 2016. However, that supplemental record does not contain the requested corrected certification.

Appellant filed a motion to abate this appeal and order the trial court to prepare and file a corrected certification. See Tex. R. App. P. 37.1 ("If a proper . . . certification of a criminal defendant's right to appeal is not filed in the trial court within 30 days of the date of the [appellate] clerk's notice, the [appellate] clerk must refer the matter to the appellate court, which will make an appropriate order under this rule or Rule 34.5(c)(2)."). The motion is **GRANTED**.

Accordingly, we abate the appeal and order the trial court to prepare and file a corrected certification of appellant's right to appeal with the district clerk. *See* Tex. R. App. P. 34.5(c)(2), 37.1, 44.4; *Cortez*, 420 S.W.3d at 806–07. We order the district clerk to prepare, certify, and file a supplemental clerk's record containing the corrected certification by **July 11, 2016**.

PER CURIAM